HOWARD v. WHITFIELD

No. 373P89

Case below: 95 N.C. App. 777

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

HUNT v. SCOTSMAN CONVENIENCE STORE

No. 471P89

Case below: 95 N.C. App. 620

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

IN RE APPEAL OF MORAVIAN HOME, INC.

No. 433P89

Case below: 95 N.C. App. 324

Motion by Moravian Home to dismiss appeal by Forsyth County for lack of substantial constitutional question allowed 7 December 1989. Petition by Forsyth County for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

IN RE APPLICATION FOR VARIANCE

No. 378P89

Case below: 95 N.C. App. 182

Petition by J. H. Carter Builder Co., Inc. for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

IN RE APPLICATION OF RAYNOR

No. 357P89

Case below: 94 N.C. App. 91

Petition by several plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.